# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, A.C. RUGH, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**VICTOR A. SANTANA**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201500261**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 13 May 2015.
**Military Judge:** Col Daniel J. Daugherty, USMC.
**Convening Authority:** Commanding General, 3d Marine Division
(-)(Rein), Okinawa, Japan.
**Staff Judge Advocate's Recommendation:** Maj T.S. Taylor, USMC.
**For Appellant:** Maj Michael D. Berry, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

**8 December 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court